# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEM ACCESSORIES, INC.,** | : | CIVIL ACTION NO. 1:17-CV-2411 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **D&H DISTRIBUTING, CO.,** | : | |
| | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 26th day of July, 2018, upon consideration of defendant's motion (Doc. 7) to dismiss Counts II and III of the complaint (Doc. 1), and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion (Doc. 7) to dismiss Counts II and III is GRANTED.

2. Defendant shall respond to plaintiff's complaint (Doc. 1) in accordance with the Federal Rules of Civil Procedure.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania