# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEM ACCESSORIES, INC.,** | : | CIVIL ACTION NO. 1:17-CV-2411 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **D&H DISTRIBUTING CO.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 30th day of October, 2018, it having been reported to the Court that the above action has been settled, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania